FILED - Oklahoma Secretary of State #2100622733 02/27/2013

02/27/2013 03:34 PM
OKLAHOMA SECRETARY OF STATE



SOS



21266980002

# CERTIFICATE OF DISSOLUTION
(Oklahoma Nonstock Corporation)

TO: OKLAHOMA SECRETARY OF STATE
2300 N. Lincoln Blvd., Room 101, State Capitol
Oklahoma City, Oklahoma 73105-4897
(405) 522-2520

Filing Fee: $25.00

RECEIVED
FEB 27 2013
OKLAHOMA SECRETARY OF STATE

**PLEASE NOTE:**

❖ In the event of a dissolution of a not for profit corporation, A NOTICE OF DISSOLUTION must be published one (1) time in a newspaper having general circulation in the county in which the principal place of business of such corporation is located.

I hereby execute the following articles for the purpose of dissolving an Oklahoma corporation pursuant to the provisions of Title 18, Section 1097:

1. Name of the corporation:

   G.W. Exotic Animal Memorial Foundation

2. Date of incorporation of such corporation: June 26th, 2000

3. NAME and street address of the registered agent for service of process in the state of Oklahoma:

   ❖ The registered agent shall be an individual resident of Oklahoma or a domestic or qualified corporation, limited liability company, or limited partnership.

   Joe Schreibvogel | REDACTED | Wynnewood | Oklahoma | 73098 | Garvin
   Name | Street Address | City | State | Zip Code | County
   (P.O. BOXES ARE NOT ACCEPTABLE)

4. Date the dissolution was authorized: 02/25/2013

5. Check the applicable statement:

   [✓] The dissolution has been authorized by the governing body and members of the corporation.

   [ ] The dissolution has been authorized by a vote of the members of the corporation entitled to vote for the election of members of its governing body.

   [✓] If there is no member entitled to vote thereon, the dissolution of the corporation has been authorized at a meeting of the governing body, upon the adoption of a resolution to dissolve by the vote of a majority of members of its governing body then in office.

(SOS FORM 0007-07/12)

Exhibit 5

FEB/27/2013/WED 01:17 PM                FAX No.                        P. 003

6. Names and addresses of its officers:

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| PRESIDENT | Joe Schreibvogel | REDACTED | Wynnewood | OK | 73098 |
| VICE PRESIDENT | John Finlay | REDACTED | Wynnewood | OK | 73098 |
| SECRETARY | Bobbi Corona | REDACTED | Ft. Worth | TX | 76114 |
| ASST. SECRETARY | N/A | | | | |
| TREASURER | Sabrina McAnally | unknown whereabouts | | | |

7. Names and addresses of its directors:

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| DIRECTOR | Ben McAnally | unknown whereabouts | | | |
| DIRECTOR | John Reinke | REDACTED | | | 76354 |
| DIRECTOR | Beth Corley | REDACTED | OKC | OK | 73159 |

The certificate of dissolution <u>must</u> be signed by the president or vice president of said corporation and attested to by its secretary or assistant secretary.

- Signed this 25th day of February, 2013 by:

_____
Signature of President or Vice President

Joe Schreibvogel
Printed Name

Attested to by:

_____
Signature of Secretary or Assistant Secretary

Bobbi Corona
Printed Name

(SOS FORM 0007-07/12)