Dated: December 11, 2013, 10:17 AM

The following is ORDERED:

Niles Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | ) |
| | ) |
| G.W. EXOXTIC ANIMAL FOUNDATION, | )  Case No. 13-11431-NLJ |
| | )  Chapter 7 |
| Debtor. | ) |

### ORDER GRANTING BIG CAT RESCUE CORP.'S MOTION TO DISMISS

This matter comes before this Court upon *Big Cat Rescue Corp.'s Motion to Dismiss Chapter 7 Case, with Brief in Support and Notice of Opportunity for Hearing* (Doc. 23) ("Motion to Dismiss") filed herein on November 21, 2013, seeking the dismissal of the above-captioned bankruptcy case pursuant to 11 U.S.C. § 707(a).

Upon consideration of the Motion to Dismiss and the representation of counsel, the Court finds and orders as follows:

1. The Motion to Dismiss was served on November 21, 2013, by electronic mail to all ECF registrants, including the Debtor's attorneys, Trustee and United States Trustee, and mailed by first class mail, postage prepaid, on that same date to all parties listed on court's mailing matrix, as set forth in the Certificate of Service affixed thereto.

Exhibit 9

2. The last date for filing responses was December 5, 2013, which includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).

3. The last date for filing responses has passed, with no responses to the Motion to Dismiss being filed or served.

4. The Motion to Dismiss is therefore deemed confessed.

5. Findings of fact are based upon representation of counsel.

IT IS THEREFORE ORDERED that the Motion to Dismiss and the relief sought therein are GRANTED.

IT IS FURTHER ORDERED that this bankruptcy case is DISMISSED.

# # #

APPROVED:

/s/ Heather L. Hintz
Melvin R. McVay, Jr., OBA #6096
Heather L. Hintz, OBA #14253
Clay P. Booth, OBA #11767
- for the firm -
Phillips Murrah P.C.
Corporate Tower | Thirteenth Floor
101 North Robinson Avenue
Oklahoma City, OK 73102-5504
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
E-mail: hlhintz@phillipsmurrah.com
E-mail: cpbooth@phillipsmurrah.com
*Attorneys for Big Cat Rescue Corp.,*
*a Florida not-for-profit corporation*

00794108.DOCX