IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Big Cat Rescue Corp., a Florida not-for profit corporation; <br><br> Plaintiff, <br><br> vs. <br><br> G.W. Exotic Animal Memorial Foundation, an Oklahoma not-for-profit corporation; The Garold Wayne Interactive Zoological Foundation, an Oklahoma not-for-profit corporation; John Reinke, individually; John Finlay, individually; Bobbi Lynn Corona, individually; Satrina Gayle McAnally, individually; and Benjamin McAnally, individually; <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. CIV-14-00377-C <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF JOSEPH SCHREIBVOGEL "MALDONADO"

STATE OF OKLAHOMA    )
                     ) ss:
COUNTY OF OKLAHOMA   )

1. My name is Joseph Schreibvogel "Maldonado". I am a member of the Board of Directors of the Garold Wayne Interactive Zoological Foundation ("Defendant").

2. I have the authority to make this affidavit because of I have personal knowledge of the facts contained herein.

3. Defendant is charged with maintaining the health, safety and welfare of hundreds of animals including approximately 201 large breed cats such as tigers, lions, ligers, cougars and

Exhibit 16

bobcats that, if left unattended, would pose a significant risk to the public. I, along with others, own the animals. Defendant cares for approximately 400 animals in total that it does not own.

4. Defendant currently operates at a financial break-even on an annual basis and during winter months operates at a loss due to low attendance during cold periods.

5. Following the issuance of the permenant injunction, and due to the financial strain of the litigation and the resulting judgment, Defendant became unable to carry out its day-to-day operations. As a result of this inability to generate revenue, Defendant is currently insolvent.

6. In order to abide by the terms of the permenant injunction, Defendant has ceased all operations and is currently storing its assets.

7. The tangible personal property of Defendant, best as I know, is listed in attached Exhibit "1" to this affidavit. Defendant also had two bank accounts, one of which are currently closed and the other is overdrawn.

8. Following a unanimous vote by the Board of Directors, Defendant began the dissolution process by issuing a Notice of Dissolution on February 5, 2016 and filing a Certificate of Dissolution with the Oklahoma Secretary of State on February 18, 2016

9. The above and foregoing is a true and accurate statement of facts to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NOT.

Executed on this ___ day of April 2016.

JOSEPH SCHREIBVOGEL "MALDONADO"
MEMBER BOARD OF DIRECTORS
GAROLD WAYNE INTERACTIVE
ZOOLOGICAL FOUNDATION

2

STATE OF _Oklahoma_ )
                       ) ss.
COUNTY OF _Caruth_ )

Subscribed and sworn to before me this _15_ day of April, 2016.

_Me'Licia L. Wright_
Notary Public

[SEAL]
My Commission Expires:
_October 29, 2019_
My Commission No.
_15010065_

ME'LICIA L. WRIGHT
Notary Public, State of Oklahoma
Commission # 15010065
My Commission Expires October 29, 2019

3