Joseph Maldonado-Passage								May 25, 2018

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

BIG CAT RESCUE CORP.,            )
A FLORIDA NOT-FOR-PROFIT         )
CORPORATION,                     )
                                 )
        Plaintiff,               )
                                 )
-vs-                             )   CIV-2016-0155-SLP
                                 )
SHIRLEY M. SCHREIBVOGEL,         )
AN INDIVIDUAL; AND               )
GREATER WYNNEWOOD                )
DEVELOPMENT GROUP, LLC,          )
                                 )
        Defendants.              )


DEPOSITION OF JOSEPH MALDONADO-PASSAGE

TAKEN ON BEHALF OF THE PLAINTIFF

ON MAY 25, 2018

IN OKLAHOMA CITY, OKLAHOMA




REPORTED BY: MARTA MATTINGLY, CSR, RMR

Exhibit 17

Page 48

1  Wynnewood Development Group as to why you are not
2  paying rent or lease on the main house that you live
3  in?
4       A    No.
5       Q    Not verbal or written?
6       A    I work my ass off seven days a week.
7       Q    But you are not employed by Greater
8  Wynnewood Development Group, are you?
9       A    Nope.
10      Q    You are employed by Greater Wynnewood Exotic
11 Animal Park.
12      A    Correct.
13           MR. DUFFY:  Object to form.
14      Q    (By Mr. Givens)  Is that right?
15      A    Yes, sir.
16      Q    Mr. Passage, why was Garold Wayne Zoo
17 dissolved?
18      A    Broke.
19      Q    When you say "broke," can we agree that that
20 means it was unable to pay its debts as they were
21 coming due?
22      A    Correct.
23           MS. CHRISTIANS:  Object to the form.
24      Q    (By Mr. Givens)  Was it making late payments
25 or skipping payments off and on up until the point

1   where it dissolved?
2       A    I think, if you look at the bank statements,
3   you would see that they pay more in overdraft fees
4   than they typically made.
5       Q    Fair to say that the debts of Garold Wayne
6   Zoo were greater than its assets at the time it filed
7   to dissolve?
8            MS. CHRISTIANS:  Object to the form.
9            MR. DUFFY:  Object to the form.
10           THE WITNESS:  I believe so.
11      Q    (By Mr. Givens)  Is that what you mean by
12  "broke"?
13      A    Yes.
14      Q    Did Garold Wayne Zoo keep a balance sheet,
15  Mr. Passage?
16      A    Yes, sir.
17      Q    And how was that balance sheet kept?
18      A    I believe it was on the QuickBooks on a
19  computer that was sold with all the other stuff.
20      Q    So any QuickBooks of Garold Wayne Zoo that
21  did exist at the park on a computer has long since
22  been disposed of?
23      A    Yes, sir.
24      Q    I hand you what was marked as Exhibit 7
25  previously, Mr. Passage.  This document is titled,

Joseph Maldonado-Passage                     May 25, 2018

```
                                                   Page 112
 1      Q    When is the first time you actually spoke
 2   with him?
 3      A    I don't remember the date.  But they were
 4   moving from South Carolina to Colorado and he stopped
 5   by and picked up a baby tiger to take to Serenity
 6   Springs for me out there, is the first time I ever met
 7   him.
 8      Q    You did meet him at that time?
 9      A    Yes.
10      Q    Do you remember what month that was?
11      A    No.
12      Q    Do you think it was summer or fall?
13           MS. CHRISTIANS:  Object to the form.
14           THE WITNESS:  It was July, August, maybe.
15      Q    (By Mr. Givens)  Would there be any transfer
16   documents that we could look at that would nail that
17   timeframe down for us?
18      A    No.
19      Q    Why was the cub being sent out to Serenity
20   Springs?
21      A    They needed a photo cub.
22      Q    "They," being that park at -- the Serenity
23   Springs park?
24      A    Yes.
25      Q    Is that Nick Sculac?
```