

## OFFICE OF THE SECRETARY OF STATE

## CERTIFICATE OF DISSOLUTION

*WHEREAS, a Certificate of Dissolution of*

## THE GAROLD WAYNE INTERACTIVE ZOOLOGICAL FOUNDATION

*an Oklahoma corporation has been filed in the office of the Secretary of State as provided by the laws of the State of Oklahoma.*

*NOW THEREFORE, I, the undersigned Secretary of State of the State of Oklahoma, by virtue of the powers vested in me by law, do hereby issue this Certificate of Dissolution evidencing such filing.*

*IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed, the Great Seal of the State of Oklahoma.*



Filed in the city of Oklahoma City this 18th day of *February, 2016*.

*Secretary of State*

Exhibit 19