IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BIG CAT RESCUE CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-16-155-SLP |
| ) | |
| SHIRLEY M. SCHREIBVOGEL and ) | |
| GREATER WYNNEWOOD ) | |
|     DEVELOPMENT GROUP, LLC, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Before the Court is Plaintiff Big Cat Rescue Corp.'s Motion for Default Judgment against Defendant Greater Wynnewood Development Group, LLC ("GWDG") [Doc. No. 137].

On September 6, 2018, the Court granted Defendants' now-prior counsel leave to withdraw from their representation of Defendants in this case. The Court warned GWDG that it was to obtain new counsel within 30 days because it could not, as a business, represent itself. *See* Order of Sept. 6, 2018, Doc. No. 133. GWDG's prior counsel agreed to continue to receive papers for GWDG and to forward them to GWDG, and GWDG consented to the same until GWDG obtained new counsel. *See* Mot. to Withdraw ¶ 10, Doc. No. 132.

In its prior order, the Court did not expressly warn GWDG that a possible result of its failure to obtain new counsel would be entry of a default judgment on Big Cat Rescue's claims against GWDG. The Court now so informs GWDG.

IT IS THEREFORE ORDERED that GWDG shall show cause via written filing, within 14 days of this Order, why default judgment should not be entered against it based on its failure to obtain counsel and to defend against Big Cat Rescue's claims against it in this lawsuit. If GWDG does not, within 14 days, both obtain counsel and show cause why a default judgment should not be issued against it, a default judgment may be issued.

IT IS FURTHER ORDERED that GWDG's prior counsel (Mr. Meek, Ms. Christians, and/or Mr. Farinha) shall promptly forward this Order to GWDG and shall file a notice with the Court indicating their forwarding of such.

IT IS SO ORDERED this 11th day of July, 2019.

*[signature]*

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE