# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) BIG CAT RESCUE CORP., a Florida not-for-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>(1) SHIRLEY M. SCHREIBVOGEL, an individual, and<br>(2) GREATER WYNNEWOOD DEVELOPMENT GROUP, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. CIV-2016-0155-SLP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF COMPLIANCE WITH COURT ORDER [DOC. 152]

Pursuant to the Court's Order dated June 1, 2020 [Doc. 152], Justin D. Meek and Melanie K. Dittrich, as former counsel for Greater Wynnewood Development Group, LLC ("GWDG"), hereby give Notice to the Court that the undersigned forwarded the Court's Order [Doc. 152] and accompanying Judgment [Doc. 153] to GWDG on June 1, 2020 by E-Mail, Certified Mail and Regular Mail.

              Respectfully submitted,

              s/Melanie K. Dittrich
              Justin D. Meek, OBA #21294
              Melanie K. Dittrich, OBA #30846
              DeWitt Paruolo & Meek, PLLC
              P.O. Box 138800
              Oklahoma City, OK  73113
              Telephone: (405) 705-3600
              Facsimile:  (405) 705-2573
              jmeek@46legal.com
              mdittrich@46legal.com

## CERTIFICATE OF SERVICE

This is to certify that on the 2nd day of June, 2020, the above document was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Melvin R. McVay, Jr.
Heather L. Hintz
Juston R. Givons
Jason M. Kreth
John M. Bunting
*Attorneys for Plaintiff*
*Big Cat Rescue Corp.*

                                                            s/ Melanie K. Dittrich