**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| Big Cat Rescue Corp., a Florida not-for-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Shirley M. Schreibvogel, an individual, and Greater Wynnewood Development Group, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. CIV-2016-0155-SLP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

COMES NOW plaintiff Big Cat Rescue Corp. ("BCR"), and would respectfully show the Court:

1. On June 1, 2020, the Court entered an Order [Doc. 152] ("Order") and Judgment [Doc. 153] ("Judgment") in this action.

2. The Order and Judgment conditioned certain of their requirements imposed on defendant Greater Wynnewood Development Group, LLC ("GWDG") on BCR's service of the Order and Judgment.

3. BCR now reports to the Court on the service of the Order and Judgment[1] on GWDG, as follows:

  a. **June 2, 2020.**  The Order and Judgment were served by private process server on Jeffrey Lowe, the sole member and manager of GWDG, on June

---

[1] All copies served were file stamped.

2, 2020. *See* Ex. 1 at 1 (return of service).

**b. June 3, 2020.** The Order and Judgment were served by third party commercial carrier (FedEx) on GWDG at 35961 E County Road 1610 Pauls Valley, Oklahoma  73075, GWDG's last known business address as set out in the records of the Oklahoma Secretary of State. *See id.* at 2 (notice of street address of GWDG's principal place of business, filed with Oklahoma Secretary of State, Feb. 9, 2016), and *id.* at 3-4 (FedEx delivery receipt). Also on June 3rd, the third-party commercial carrier FedEx attempted delivery of the Order and Judgment to GWDG at the last known address of its principal place of business operations, 25803 N County Road 3250, Wynnewood, Oklahoma 73098, but delivery was refused. *See id.* at 5-7.[2] Last, also on June 3rd, the Order and Judgment were deposited in the U.S. mail, first class, to GWDG at both of the foregoing last known business addresses.[3]

**c. June 4, 2020.** The Order and Judgment were served by certified mail, return receipt requested on the Oklahoma Secretary of State, which is shown as GWDG'**s** service agent in the business records of the Secretary of State. *See id.* at 8 (GWDG registered agent record from Secretary of State website viewed June 3, 2020), *id.* at 9 (USPS tracking results), and *id.* at

---

[2] This address is also the operational address of GWDG's sister company Greater Wynnewood Exotic Animal Park, LLC.
[3] *See* Certificate of Service [Doc. 155].

10 (green card signed 'received' by Oklahoma Secretary of State on June 4, 2020).

**4.** Pursuant to the foregoing, service of the Order and Judgment was made on GWDG no later than June 4, 2020. *See* FED.R.CIV.P.77(d)(1) (party may serve notice of the entry of judgment as provided in Rule 5(b); FED.R.CIV.P.5(b)(2)(A) (service is made by handing to person), (b)(2)(B)(i) (service is made by leaving paper at person's office with a person in charge), and (b)(2)(C) (service is made by "mailing it to the person's last known address – in which case service is complete upon mailing"); 12 OKLA.STAT. § 696.2(B) (service of judgment shall be made within three days of entry, in the manner provided in Section 2005); 12 OKLA.STAT. § 2005(B) (service of judgment or order may be made by mail or third-party commercial carrier for delivery to last known address, or to the registered agent if service of process was made on the registered agent).

Respectfully submitted,

*/s/ Heather L. Hintz*

Heather L. Hintz, OBA No. 14253
Melvin R. McVay, Jr., OBA No.  6096
Juston R. Givens, OBA No. 19102
PHILLIPS MURRAH P.C.
Corporate Tower, Thirteenth Floor
101 N. Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
hlhintz@phillipsmurrah.com
mrmcvay@phillipsmurrah.com
jrgivens@phillipsmurrah.com

**ATTORNEYS FOR PLAINTIFF,
BIG CAT RESCUE CORP., a Florida not-
for-profit corporation**

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Justin D. Meek – jmeek@46legal.com
Melanie K. Dittrich – mdittrich@46legal.com

*/s/ Heather L. Hintz*

Heather L. Hintz