# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, Oklahoma

Dated: July 23, 2020

| | |
|---|---|
| BIG CAT RESCUE CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-16-155-SLP |
| | ) |
| SHIRLEY M. SCHREIBVOGEL and | ) |
| GREATER WYNNEWOOD | ) |
| DEVELOPMENT GROUP, LLC, | ) |
| | ) |
| Defendants. | ) |

**ENTER ORDER**:

The Court's docket reflects that Defendant Greater Wynnewood Development Group, LLC, has not complied with the requirements of LCvR 83.3. Defendant's counsel is directed to comply and local counsel shall file an entry of appearance on behalf of Defendant on or before July 28, 2020.

**THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE SCOTT L. PALK**.

                                        **Carmelita Reeder Shinn, Clerk of Court**
                                        **Western District of Oklahoma**

                                      By:   *s/Marcia J. Davis*
                                                  Deputy Clerk

Copies to all parties