# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

BIG CAT RESCUE CORP., )
                Plaintiff, )
vs. ) Case No. CIV-16-155-SLP
)
SHIRLEY SCHREIBVOGEL, et al., )
)
                Defendants. )

## MINUTE SHEET OF PROCEEDINGS
## TELEPHONIC STATUS CONFERENCE

| **Honorable Scott L. Palk, Presiding** | Marcia J. Davis, Deputy Clerk |
|---|---|
| Court Reporter: Susan Fenimore | Date proceedings held: August 6, 2020 @ 2:10 pm<br>Duration of Hearing 1 Hour and 30 Minutes |

| Appearance for plaintiff(s): Heather L. Hintz and Hilary H. Clifton | Appearance for defendant(s): Daniel J. Card |
|---|---|

**Type of Hearing held:**
☒ Motion Hearing; ☐ Show Cause/Contempt Hearing; ☐ *Daubert* Hearing;
☐ Pretrial Conference; ☐ Docket Call; ☐ Oral Arguments; ☐ Status Conference; ☐ Other;

> A hearing was held on the Emergency Application of Plaintiff and Party in Interest for an Order to Show Cause why Judgment Defendant and its Principal should not be Found in Contempt [Doc. No. 158]. The Court directs Counsel for Judgment Defendant and its principal to file a Notice within seven (7) days from the date of this hearing regarding Mr. Lowe's offer to execute a personal indemnity agreement pertaining to the uncovered insurance period. Upon receipt of the Notice, a written order will follow.

| ☒ **Motion Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☒ Other proceeding - Non-evidentiary; | ☐ **Discovery Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Evidentiary Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; |
|---|---|---|
| ☐ **Miscellaneous Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Show Cause Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Telephone conference**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; |
| ☐ **Informal conference held**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Trial Status**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Other**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; |
| ☐ **Evidence entered**; | ☐ **Witness testimony heard;** | ☒ **Oral arguments only;** |

**Status of Proceedings (Required if one of the above is selected):**

| ☐ Completed by Jury Verdict; | ☐ Jury Selection only, continued; | ☐ Continued from previous month; |
|---|---|---|
| ☐ Jury Selection or Verdict only; | ☐ Directed Verdict; | ☐ Mistrial; |
| ☐ Evidence Entered; | ☐ Guilty; | ☐ Findings from the Bench; |
| ☐ None; | ☒ Written Order to follow; | ☐ Proceedings continued to: |
| ☐ Issue Settled/Resolved; | ☐ Continued proceedings from: | ☒ Court Adjourned; |