Jeffrey Lowe                                                May 7, 2018

```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF OKLAHOMA

Big Cat Rescue Corp., a       )
Florida not-for-profit        )
corporation,                  )
                              )
              Plaintiff,      )
                              )
v.                            )Case No. CIV-2016-0155-SLP
                              )
Shirley M. Schreibvogel,      )
an individual, and            )
Greater Wynnewood             )
Development Group, LLC,       )
                              )
              Defendants.     )
```

DEPOSITION OF JEFFREY LEE LOWE

TAKEN ON BEHALF OF THE PLAINTIFF

IN EDMOND, OKLAHOMA

ON MAY 7, 2018

REPORTED BY:   KERRI L. WOOD, CSR

D&R REPORTING & VIDEO, INC.
(800)771-1500 / depo@drreporting.com

**EXHIBIT 2**

Jeffrey Lowe                                                May 7, 2018

```
                                                              Page 2
 1                  A P P E A R A N C E S
 2
 3
 4   For the Plaintiff:
 5          JUSTON R. GIVENS
            HEATHER L. HINTZ
 6          Attorneys at Law
            Phillips Murrah
 7          Corporate Tower
            101 North Robinson Avenue
 8          13th Floor
            Oklahoma City, Oklahoma   73102
 9          (405)235-4100
            jrgivens@phillipsmurrah.com
10          hlhintz@phillipsmurrah.com
11
12   For the Defendants and the Witness:
13          MELANIE K. CHRISTIANS
            Attorney at Law
14          Nelson, Terry, Morton, DeWitt & Paruolo
            3540 South Boulevard
15          Suite 300
            Edmond, Oklahoma   73013
16          (405)705-3600
            mchristians@ntmdlaw.com
17
18
19
20
21
22
23
24
25
```

Jeffrey Lowe                                          May 7, 2018

                                                         Page 7

1        (Plaintiff's Exhibit Number 14 marked for
2    identification and made part of the record.)
3                    (9:55 a.m.)
4               JEFFREY LEE LOWE,
5    being first duly sworn, deposes and says in reply
6    to the questions propounded as follows:
7                   * * * * * *
8               DIRECT EXAMINATION
9    BY MR. GIVENS:
10       Q    Mr. Lowe, good morning.
11       A    Good morning.
12       Q    If you would, please state your name for the
13   record.
14       A    Jeffrey Lee Lowe.
15       Q    And, Mr. Lowe, do you understand you're here
16   to give your deposition today as a corporate
17   representative of Greater Wynnewood Development
18   Group, LLC?
19       A    I do.
20       Q    Okay.  I'm going to hand you what I've
21   previously marked as Exhibit 14 to this deposition.
22   Have you been shown or reviewed this document prior
23   to right now?
24       A    Possibly.  Let me look.  It looks vaguely
25   familiar, but I can't swear to it.

Jeffrey Lowe                                            May 7, 2018

Page 13

1    about Garold Wayne Interactive Zoological
2    Foundation?
3      A    Yes.
4      Q    That we often and commonly refer to as
5    "G.W. Zoo"?
6      A    Yes.
7      Q    When did that -- what was the date that
8    that -- that that occurred?
9      A    I think approximately February the 8th of
10   2016.
11     Q    That's the first date that you found out Joe
12   was going to shut down his zoo?
13     A    I'm not positive.
14     Q    February the 8th's the first date you
15   conceived of forming GWDG?
16     A    I believe so.
17     Q    Did you discuss that idea with anyone?
18     A    Lauren, my wife.
19     Q    What's her last name, again -- or was at the
20   time?
21     A    At the time, it was Dropla --
22     Q    Okay.
23     A    -- D-r-o-p-l-a.
24          MS. CHRISTIANS:  And you -- just for
25   the record, you can talk about who you may have

Page 63

1    A    Last name. Last name's Saffery. She was in
2    there checking for some -- she said, a check number
3    for Brenda; and I instructed her, "Do not come in
4    this office, and do not get on our computers."
5    Q    Was she conducting GWDG business?
6    A    No.
7    Q    Does Saf/Saffery conduct GWDG business ever?
8    A    No.
9    Q    Who has authority to conduct business on
10   behalf of GWDG?
11   A    That would be myself, Lauren, Brenda --
12   Q    And who is Brenda?
13   A    Brenda Verga. She works for me in the gift
14   shop office, paying bills.
15        -- and Joe Maldonado.
16   Q    What about Amber Estoph?
17   A    Amber could do it if I -- I mean, she's
18   authorized to do it; but she doesn't do it on any
19   regular basis.
20   Q    Just to be clear -- and I think you said
21   this earlier -- GWDG does not have any W -- W-2
22   employees, correct?
23   A    Correct.
24   Q    So, when, for example, Brenda Verga does
25   work on behalf of GWDG, is she compensated for that?

Jeffrey Lowe                                          May 7, 2018

Page 75

```
 1      Q     And does it have multiple accounts at
 2   Pauls Valley National Bank?
 3      A     Does who have multiple accounts?
 4      Q     Does GWDG?
 5      A     No, one account.
 6      Q     Okay.  And is that a checking account?
 7      A     Yes.
 8      Q     It does not also have a savings account?
 9      A     No.
10      Q     So, that single checking account that GWDG
11   possesses or holds, the signatory card at the bank
12   would only reflect Jeff Lowe as an authorized
13   signer, correct?
14      A     No.
15      Q     Who does it reflect, also?
16      A     Jeff Lowe and Lauren Lowe.
17      Q     Okay.  Is that the only two?
18      A     Yes.
19      Q     So, if you and Lauren are absent, anybody
20   else that you authorize would use a stamp to stamp
21   your name on a check; is that right?
22      A     Yes.
23      Q     How does that work, Mr. Lowe, at a bank?  Do
24   you fill something out that tells them that they
25   provide a stamp of your signature?
```